UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

SHAWN ANDERSON,

    Plaintiff,                                             Case No. 3:20-cv-520

vs.

GREATER DAYTON                           District Judge Michael J. Newman
REGIONAL TRANSIT AUTHORITY,

    Defendant.

---

## ORDER CONDITIONALLY DISMISSING THIS CASE

---

The Court, having been advised that the parties have settled this matter, **ORDERS** that this action is hereby **DISMISSED**, provided that either party may, upon good cause shown within 45 days, reopen the action if settlement is not consummated.

    **IT IS SO ORDERED.**

Date:   November 7, 2022                        s/Michael J. Newman
                                                               Hon. Michael J. Newman
                                                               United States District Judge